# UNITED STATES DISTRICT COURT FILED
## EASTERN DISTRICT OF CALIFORNIA

MAY 2 9 2007

CLERK U.S. DISTRICT COURT
CRIMINAL COMPLAINT OF CALIFORNIA

DEPUTY CLERK

**UNITED STATES OF AMERICA**

v.

CASE NUMBER 0 7 - MJ - 0 1 2 7   SMS

MARIO DIAZ, JR.
MANUEL GAUNA

(If search warrant is issued regarding this complaint, <u>indicate above</u> the case number assigned.)

I, John Hayes, being duly sworn, **state the following is true and correct to the best of my knowledge and belief. Since May 15, 2007**, in <u>Merced</u> County, and elsewhere, in the <u>Eastern</u> District of <u>California, and elsewhere</u>,

> The defendants did conspire to distribute and to possess with the intent to distribute methamphetamine, a Schedule II controlled substance,

in violation of Title <u>21</u>, United States Code, Section(s) <u>841(a)(1),</u> <u>841(b)(1)(A), and 846</u> with a minimum penalty of ten years imprisonment and a maximum penalty of life imprisonment, <u>$4,000,000.00</u> dollar fine, and $100 penalty assessment.

I further state that I am a <u>Special Agent with the Federal Bureau of Investigation ("FBI")</u> and that this complaint is based on the following facts:

See Attachment A.

Continued on the attached sheet and made a part hereof:   <u>X</u> Yes _____ No

5/24/07

John Hayes, Special Agent, FBI

Sworn to before me and subscribed in my presence,

May 26, 2007
(Date)

at

Sandra M. Snyder, U.S. Magistrate
Judge
(Name & Title of Judicial Officer)

Fresno, California
City and State

(Signature of Judicial Officer)