McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751




JUN 07 2007




IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO DIAZ JR., and<br>MANUEL GAUNA,<br><br>Defendants. | 2:07-CR-0248 EJG<br>Case No.<br><br>VIOLATIONS: 21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to Distribute and Possess with Intent to Distribute at Least 50 Grams of Methamphetamine; 21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute at Least 50 Grams of Methamphetamine |

## I N D I C T M E N T

<u>COUNT ONE</u>: [21 U.S.C. §§ 841(a)(1) and 846 - Conspiracy to Distribute and Possess with Intent to Distribute at Least 50 Grams of Methamphetamine]

The Grand Jury charges: T H A T

MARIO DIAZ JR., and
MANUEL GAUNA,

defendants herein, beginning at a time unknown to the Grand Jury but no later than May 25, 2007, and continuing through May 26, 2007, in the State and Eastern District of California, did knowingly and intentionally conspire with each other and others unknown to the Grand Jury to distribute and possess with intent to distribute at

least 50 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

The Grand Jury further charges: T H A T

MARIO DIAZ JR.,

committed this offense after he sustained a prior conviction for a felony drug offense that became final, specifically California Health and Safety Code Section 11351.5, possession of cocaine base for sale, on or about September 22, 2000, in Monterey County, California.

The Grand Jury further charges: T H A T

MANUEL GAUNA,

committed this offense after he sustained a prior conviction for a felony drug offense that became final, specifically California Health and Safety Code Section 11350, possession of a controlled substance, on or about June 28, 2000, in Monterey County, California.

COUNT TWO: [21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute at Least 50 Grams of Methamphetamine]

The Grand Jury further charges: T H A T

MARIO DIAZ JR., and
MANUEL GAUNA,

defendants herein, on or about May 26, 2007, in the State and Eastern District of California, did knowingly and intentionally possess with intent to distribute at least 50 grams of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

///

The Grand Jury further charges: T H A T

MARIO DIAZ JR.,

committed this offense after he sustained a prior conviction for a felony drug offense that became final, specifically California Health and Safety Code Section 11351.5, possession of cocaine base for sale, on or about September 22, 2000, in Monterey County, California.

The Grand Jury further charges: T H A T

MANUEL GAUNA,

committed this offense after he sustained a prior conviction for a felony drug offense that became final, specifically California Health and Safety Code Section 11350, possession of controlled substance, on or about June 28, 2000, in Monterey County, California.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

No. ____________

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

MARIO DIAZ, JR. and
MANUEL GAUNA

2:07 - CR - 0248 EJG

## INDICTMENT

**VIOLATION(S): 21 U.S.C. §§ 841(a)(1) and 846 - CONSPIRACY TO DISTRIBUTE AND POSSESS WITH INTENT TO DISTRIBUTE AT LEAST 50 GRAMS OF METHAMPHETAMINE; 21 U.S.C. § 841(a)(1) - POSSESSION WITH INTENT TO DISTRIBUTE AT LEAST 50 GRAMS OF METHAMPHETAMINE**

*A true bill,*

/s/
_________________________________ *Foreman.*

*Filed in open court this* ____7th____ *day*

*of* ____June____ *, A.D. 20* 07

C Schultz
_________________________________ *Clerk.*

*Bail, $* No process

_________________________________

**Mario DIAZ Jr. and Manuel GAUNA**

07CR 248 EJG

**Both Defendants**
**COUNTS 1 and 2:**
(PRIOR Felony Drug Offense Alleged)

VIOLATIONS: 21 U.S.C. §§ 841(a)(1), 846 - Conspiracy to Distribute and Possess with Intent to Distribute at Least 50 Grams of Methamphetamine (actual) and
21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute at Least 50 Grams of Methamphetamine (actual)

PENALTIES: Mandatory Minimum of 20 years in prison and a maximum of up to life in prison; or
Fine of up to $8,000,000; or both fine and imprisonment
Supervised release of at least 10 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)