CHRISTOPHER HAYDN-MYER, Bar #176333
1809 19th Street
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-5084
email: chrishaydn@sbcglobal.net

Attorney for Defendant
Mario Diaz, Jr.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE: [SEALED]                    ) Case No. S-07-0248 EJG
                                   )
                                   ) **SEALING ORDER**
                                   )
                                   )
                                   )
                                   )
_____)

**S E A L I N G   O R D E R**

Upon Application of counsel, Christopher Haydn-Myer, and good cause having been shown, IT IS HEREBY ORDERED that the stipulation and proposed order regarding MARIO DIAZ' Waiver of Appearance Request in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

DATED: July 9, 2007

/s/ Edward J. Garcia
HON. EDWARD J. GARCIA
SENIOR UNITED STATES DISTRICT COURT
JUDGE EASTERN DISTRICT OF
CALIFORNIA