```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ JASON HITT
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California 95814
 4 │ Telephone: (916) 554-2751
```



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR-S-07-0248 EJG |
|---|---|
| Plaintiff, | ) NOTICE OF RELATED CASES AND |
| v. | ) ORDER REASSIGNING THIS |
| MARIO DIAZ, JR. et al., | ) CRIMINAL MATTER |
| Defendants. | ) |

The United States of America, through its undersigned counsel, hereby notices the Court and the Clerk of the Court that the above-captioned case is related to wiretaps authorized by the Honorable William B. Shubb in sealed Case No. 07-SW-0070 WBS.

The matters are related within the meaning of Eastern District of California Local Rule 83-123 and pursuant to the Clerk of the Court's April 3, 1996, Memorandum entitled "Procedures for Handling Wiretaps." In particular, the Indictment in Case No. CR-S-07-0248 EJG charges Mario DIAZ, Jr. and a large number of defendants with a large-scale conspiracy to distribute and possess with intent to distribute marijuana, MDMA, methamphetamine, and cocaine. A large portion of the evidence in Case No. CR-S-07-0248 EJG arises from wiretaps authorized by the Honorable William B. Shubb in sealed Case

1  No. 07-SW-0070 WBS.  The two matters are therefore related within
2  the meaning of Local Rule within the meaning of Local Rule 83-
3  123(a)(4) because the nucleus of facts underlying the Indictment in
4  Case No. CR-S-07-0248 EJG arise, in large part, from evidence
5  gathered from wiretaps authorized under Case No. 07-SW-0070 WBS.  In
6  addition, the matters are related because there would be a
7  substantial duplication of labor if the actions were heard by
8  different Judges.  Further, the discovery to be produced in the
9  indicted case will require unsealing and protective discovery orders
10 to be issued by Judge Shubb in Case No. 07-SW-0070 WBS.

11      For these reasons, the United States respectfully requests that
12 this Honorable Court (1) relate the criminal Indictment in Case No.
13 CR-S-07-248 EJG to the wiretaps in sealed Case No. 07-SW-0070 WBS
14 and (2) pursuant to Local Rule 83-123(c) and the Clerk of the
15 Court's April 3, 1996, Memorandum entitled "Procedures for Handling
16 Wiretaps," order the Clerk's Office to reassign the Indictment in
17 Case No. CR-S-07-0248 EJG to the Honorable William B. Shubb.

                                  Respectfully submitted,
                                  McGREGOR W. SCOTT
                                  United States Attorney

22 Dated: July 18, 2007         By: /s/ Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney

**ORDER**

For the reasons set forth in the Notice of Related Cases filed by counsel for the plaintiff United States of America, the Court finds that Criminal Case No. CR-S-07-0248 EJG is related to the wiretaps in sealed Case No. 07-SW-0070 WBS within the meaning of Local Rule 83-123(a)(4) and the Clerk of the Court's April 3, 1996, Memorandum entitled "Procedures for Handling Wiretaps."

Based upon this finding, **IT IS HEREBY ORDERED** that:

(1) The Clerk of the Court shall REASSIGN Case No. 07-0248 EJG to the Honorable William B. Shubb;

(2) The status conference in Case No. 07-0248 EJG presently set for August 3, 2007, at 10:00 a.m. is VACATED.

IT IS SO ORDERED.

DATED: 7/23/07

EDWARD J. GARCIA
UNITED STATES DISTRICT JUDGE