**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JASON STEWART-HANSON**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **MARIO DIAZ, et al.** ) <br> ) <br> Defendant, ) <br> _____ ) | Crim. S-07-248 WBS <br><br> **STIPULATION CONTINUING STATUS CONFERENCE AND ~~PROPOSED~~ ORDER** <br><br> (Continuance to 12/17/07) |

**IT IS HEREBY STIPULATED** between counsel for the government and all defendants, that the status conference in the above captioned matter may be continued from October 1, 2007 to **December 17, 2007 at 9:30 a.m.** This matter involves a Title III wire intercept on several telephones and related pen registers. To date the government has discovered to the defense approximately 1400 pages and more than 30 CD's. this matter involves 24 individuals.

It is further stipulated that the time between October 1, 2007 and December 17, 2007 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(ii) (Local Code T-2) and 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

Dated: September 11, 2007              Dated: September 11, 2007

/ s/ Jason Hitt                                    / s / Steven D. Bauer
JASON HITT                                     STEVEN D. BAUER
Assistant United States Attorney      Attorney for Defendant Stewart Hanson

(Additional Signatures and Order on Following Page)

| | | |
|---|---|---|
| 1 | Dated: September 11, 2007 | Dated: September 11, 2007 |
| 2 | / s / John Balasz<br>JOHN BALAZ | / s/ Michael Bigelow<br>MICHAEL BIGELOW |
| 3 | Attorney for Defendant Fuentes | Attorney for Defendant Killinger |
| 4 | Dated: September 11, 2007 | Dated: September 11, 2007 |
| 5 | / s / Daniel Clymo<br>DANIEL CLYMO | / s / Kresta Daly<br>KRESTA DALY |
| 6 | Attorney for Defendant Maxwell | Attorney for Defendant M. Gomez |
| 7 | Dated: September 14, 2007 | Dated: September 11, 2007 |
| 8 | / s / Kathryn Druliner<br>KATHRYN DRULINER | / s / Candace Fry<br>CANDACE FRY |
| 9 | Attorney for Defendant M. Cadena | Attorney for Defendant Cambunga |
| 10 | Dated: September 11, 2007 | Dated: September 14, 2007 |
| 11 | / s / Hayes Gable<br>HAYES H. GAB;E | / s / James R. Greiner<br>JAMES R. GREINER |
| 12 | Attorney for Defendant Mora | Attorney for Defendant A. Cadena |
| 13 | Dated: September 14, 2007 | September 11, 2007 |
| 14 | / s / Robert M. Holley<br>ROBERT M. HOLLEY | / s / Jan Karowsky<br>JAN D. KAROWSKY |
| 15 | Attorney for Defendant Ramerez | Attorney for Defendant Mendoza |
| 16 | Dated: September 11, 2007 | Dated: September 13, 2007 |
| 17 | / s / Pete Kmeto<br>PETE KMETO | / s / Eugene Martinez<br>EUGENE MARTINEZ |
| 18 | Attorney for Defendant Amaro | Attorney for Defendant Gonzales |
| 19 | Dated: September 11, 2007 | Dated: September 12, 2007 |
| 20 | / s / Paul Meltzer<br>PAUL MELTZER | / s / Robert J/ Peters<br>ROBERT PETERS |
| 21 | Attorney for Defendant Padilla | Attorney for Defendant Torres |
| 22 | Dated: September 11, 2007 | Dated: September 11, 2007 |
| 23 | / s / Gilbert Roque<br>GILBERT ROQUE | / s / Dwight Samuel<br>DWIGHT SAMUEL |
| 24 | Attorney for Defendant G. Gomez | Attorney for Defendant Campo |
| 25 | Dated: September 11, 2007 | Dated: September 11, 2007 |
| 26 | / s / Dina Santos<br>DINA SANTOS | / s / Jeffrey Staniels<br>JEFFREY STANIELS |
| 27 | Attorney for Defendant Villasenor | Attorney for Defendant Guana |
| 28 | (Additional Signatures and Order on Following Page) | |

| | |
|---|---|
| Dated:  September 11, 2007 | Dated:  September 11, 2007 |
| / s / Lindsay Weston<br>LINDSAY WESTON<br>Attorney for Defendant Castro | / s / Joseph Wiseman<br>JOSEPH WISEMAN<br>Attorney for Defendant Caracheo |
| Dated:  September 11, 2007 | Dated:  September 14, 2007 |
| / s / John Manning<br>JOHN R. MANNING<br>Attorney for Defendant Sanchez | / s / David Arredondo<br>DAVID ARREDONDO<br>Attorney for Defendant Villapando |
| Dated:  September 11, 2007 | |
| / s / Christopher Haydn-Myer<br>CHRISTOPHER HAYDN-MYER<br>Attorney for Defendant Diaz | |

ORDER

For Good Cause Appearing
**IT IS SO ORDERED**
Dated: September 17, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE