Eugene J. Martinez
Attorney at Law
146 Central Avenue
Salinas, California 93901
(831) 754-1234
CA State Bar No. 81209

Attorney for defendant, Faustino Gonzales

# UNITED STATES DISTRICT COURT
## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MARIO DIAZ, et al,<br><br>  Defendants. | Case No.: CR 07-00248 WBS<br>[Magistrate Case No.: 07-mj-00207-KJM]<br><br>**ORDER** |

   IT IS HEREBY ORDERED, that the terms and conditions of defendant Faustino Gonzales' Pretrial Release be modified as follows :

   1. The condition that the defendant obey a curfew is hereby deleted.

Dated: 01/30/08            /s/ Gregory G. Hollows
                           Magistrate of the District Court

Diaz.ord