**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JASON STEWART-HANSON**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Crim. S-07-248 WBS |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION CONTINUING STATUS CONFERENCE AND** ~~PROPOSED~~ **ORDER** |
| **MARIO DIAZ, et al.** | ) | |
| Defendant, | ) | (Continuance to 1/12/09) |

**IT IS HEREBY STIPULATED** between counsel for the government and all defendants, that the status conference in the above captioned matter be continued from December 15, 2008 to **January 12, 2009 at 10:30 a.m**. This continuance is necessitated by order of the Court    It is further stipulated that the time between December 15, 2008 and January 12, 2008 can appropriately be excluded from the Speedy Trial Act pursuant to 18 USC § 3161(h)(8)(B)(ii) (Local Code T-2) and 18 USC § 3161(h)(8)(B)(iv) (Local Code T-4).

| | |
|---|---|
| Dated:  December 5, 2008 | Dated:  December 5, 2008 |
| / s/ Jason Hitt<br>JASON HITT<br>Assistant United States Attorney | / s / Steven D. Bauer<br>STEVEN D. BAUER<br>Attorney for Defendant Stewart Hanson |
| Dated:  December 5, 2008 | Dated:  December 5, 2008 |
| / s / John Balasz<br>JOHN BALAZ<br>Attorney for Defendant Fuentes | / s/ Michael Bigelow<br>MICHAEL BIGELOW<br>Attorney for Defendant Killinger |

(Additional Signatures on Following Page)

| | | |
|---|---|---|
| 1 | Dated: December 5, 2008 | Dated: December 5, 2008 |
| 2 | / s / Timothy Warriner<br>TIMOTHY WARRINER | / s / Kresta Daly<br>KRESTA DALY |
| 3 | Attorney for Defendant Maxwell | Attorney for Defendant M. Gomez |
| 4 | Dated: December 5, 2008 | Dated: December 5, 2008 |
| 5 | / s / John Manning<br>JOHN R. MANNING | / s / Candace Fry<br>CANDACE FRY |
| 6 | Attorney for Defendant Sanchez | Attorney for Defendant Cambunga |
| 7 | Dated: December 5, 2008 | Dated: December 5, 2008 |
| 8 | / s / Hayes Gable<br>HAYES H. GAB;E | / s / James R. Greiner<br>JAMES R. GREINER |
| 9 | Attorney for Defendant Mora | Attorney for Defendant A. Cadena |
| 10 | Dated: December 5, 2008 | Dated: December 5, 2008 |
| 11 | / s / Robert M. Holley<br>ROBERT M. HOLLEY | / s / Jan Karowsky<br>JAN D. KAROWSKY |
| 12 | Attorney for Defendant Ramirez | Attorney for Defendant Mendoza |
| 13 | Dated: December 5, 2008 | Dated: December 5, 2008 |
| 14 | / s / Pete Kmeto<br>PETE KMETO | / s / Eugene Martinez<br>EUGENE MARTINEZ |
| 15 | Attorney for Defendant Amaro | Attorney for Defendant Gonzales |
| 16 | Dated: December 5, 2008 | Dated: December 5, 2008 |
| 17 | / s / Paul Meltzer<br>PAUL MELTZER | / s / David Arredondo<br>DAVID ARREDONDO |
| 18 | Attorney for Defendant Padilla | Attorney for Defendant Villapando |
| 19 | Dated: December 5, 2008 | Dated: December 5, 2008 |
| 20 | / s / Thomas Johnson<br>THOMAS JOHNSON | / s / Dwight Samuel<br>DWIGHT SAMUEL |
| 21 | Attorney for Defendant G. Gomez | Attorney for Defendant Campo |
| 22 | Dated: December 5, 2008 | Dated: December 5, 2008 |
| 23 | / s / Dina Santos<br>DINA SANTOS | / s / Jeffrey Staniels<br>JEFFREY STANIELS |
| 24 | Attorney for Defendant Villasenor | Attorney for Defendant Guana |
| 25 | Dated: December 5, 2008 | Dated: December 5, 2008 |
| 26 | / s / Lindsay Weston<br>LINDSAY WESTON | / s / Joseph Wiseman<br>JOSEPH WISEMAN |
| 27 | Attorney for Defendant Castro | Attorney for Defendant Caracheo |
| 28 | (Additional Signatures and Order on Following Page) | |

1  Dated:  December 5, 2008

2  / s / Christopher Haydn-Myer
   CHRISTOPHER HAYDN-MYER
3  Attorney for Defendant Diaz

4                    PROPOSED ORDER

5  For Good Cause Appearing
   **IT IS SO ORDERED**
6  Dated: December 9, 2008

7  _____
   WILLIAM B. SHUBB
8  UNITED STATES DISTRICT JUDGE