UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

FILED
MAY 2 2 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,  ) No. CASE NO. Cr.S-07-248-WBS-DAD
) 
   Plaintiff,  )
vs.  ) [PROPOSED] ORDER
)
OSCAR CAMPOS-PADILLA  )
)
   Defendant.  )

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Oscar Campos-Padilla is allowed to travel to Santa Maria, CA on Friday, May 22nd, 2009 at 9 A.M. and returning Sunday, May 24th, 2009 arriving at his home no later than 11 P.M. Prior to leaving the Defendant shall provide a detailed travel itinerary to U.S. Pre-Trial Services Laura Weigel.

SO ORDERED.

Dated: May 22, 2009

GREGORY G. HOLLOWS

Gregory Hollows, Magistrate Judge
United States District Court
Eastern District of California