BENJAMIN B. WAGNER
United States Attorney
JASON HITT
WILLIAM S. WONG
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

**FILED**
NOV 2 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-0248 WBS |
| Plaintiff, | [~~PROPOSED~~] ORDER SETTING THE TRIAL DATE FOR THE GROUP 1 DEFENDANTS, BRIEFING SCHEDULES, AND MOTION DEADLINES |
| v. | |
| MARIO DIAZ, et al., | |
| Defendants. | |

On July 27, 2009, the Court held a status conference in this matter. During the status conference, the Court ordered the following based upon the stipulations of the parties:

1.  Group 1 consists of defendants Larry AMARO, Gerardo MORA, Ernest Paul KILLINGER, Manuel GAUNA, and Jason Michael STEWART-HANSON ("Group 1 defendants").

    **Group 1 Defendants**
    Trial:                              September 21, 2010
    Trial Confirmation Hearing:         August 23, 2010

2.  The following briefing schedule and motion deadlines were set and have been modified for the Group 1 defendants:

    **Severance and "Brady" Motions**
    - Severance and "Brady" Motions:    October 5, 2009 [FILED]
    - Govt.'s Opposition:               December 18, 2009
    - Def.'s Reply:                     January 15, 2010
    - Hearing:                          January 25, 2010

1

3. The following briefing schedule and motion deadlines were set for all other defendants in this case:

**Wiretap-Related Motions and All Motions Pursuant to Fed. R. Crim. P. 12**
- Wiretap-Related/Rule 12 Motions:   February 1, 2010
- Govt.'s Opposition:   March 15, 2010
- Reply:   March 29, 2010
- Hearing:   April 19, 2010

                         Respectfully Submitted,

                         BENJAMIN B. WAGNER
                         United States Attorney

DATED: November 23, 2009    By: /s/Jason Hitt
                                  JASON HITT
                                  WILLIAM S. WONG
                                  Assistant U.S. Attorneys

**ORDER**

Based upon the representations and stipulation of counsel, **IT IS HEREBY ORDERED** that:

1.  Trial of Group 1 shall consist of defendants Larry AMARO, Gerardo MORA, Ernest Paul KILLINGER, Manuel GAUNA, and Jason Michael STEWART-HANSON.

2.  Trial for defendants Larry AMARO, Gerardo MORA, Ernest Paul KILLINGER, Manuel GAUNA, and Jason Michael STEWART-HANSON is set for **September 21, 2010, at 9:00 a.m.**

3.  A Trial Confirmation Hearing for defendants Larry AMARO, Gerardo MORA, Ernest Paul KILLINGER, Manuel GAUNA, and Jason Michael STEWART-HANSON shall be held on **August 23, 2010, at 8:30 a.m.**

4.  The Court adopts the briefing schedule and motion deadlines for the Group 1 defendants consistent with the dates set forth in the stipulation of the parties.

5.  The Court further adopts the briefing schedule and motion deadlines for all other remaining defendants in this case consistent with the dates set forth in the stipulation of the parties.

**IT IS SO ORDERED.**

DATED: 11/23/2009

WILLIAM B. SHUBB
United States District Judge