**John Balazs**
**Attorney At Law**
**916 2nd Street, Suite F**
**Sacramento, CA 95814**
**916-447-9299**
**John@Balazslaw.com**

April 29, 2010

**VIA FAX AND ECF**:
Jason Hitt
William Wong
Assistant U.S. Attorneys
550 I Street, Suite 10-100
Sacramento, CA 95814

    Re: U.S. v. Diaz, et al., No. 07-248-WBS

Dear Mr. Hitt and Mr. Wong:

    As you know, the defendants wiretap motion in this case is due May 7, 2010. In connection with that motion, this letter is to request two things. First, we request unredacted copies of the first two Holladay affidavits supporting the wiretap applications in this case, which are dated March 17 and April 10, 2007, respectively. The copies we were given in discovery have significant portions redacted. *See, e.g. First Holladay Affidavit,* filed Mar. 19, 2007, at 48 (bates 738), 57-58 (bates 747-48) & 60-63 (bates 750-53); *Second Holladay Affidavit*, filed Apr. 10, 2007, at 37-38 (bates 884-85). We, of course, cannot fully evaluate the government's recitation of requisite necessity without the complete affidavits. We are not requesting here the names of any informants. But it appears that substantially more is redacted from our copies.

    Second, the Magistrate Judge's 4/23/2010 order on our pen register motion correctly notes that the government agreed to disclose the requested raw data from the wiretaps on telephones 831-240-2206 and 831-970-9534 for the period from May 4, 2006 through January 17, 2006. *Order*, at 2, I(B). We recently received the raw data in discovery for these two numbers. However, there is no raw data for **831-970-9534** for the period from August 31, 2006 to December 27, 2006. Please provide the raw data for this gap for this phone as soon as possible.

If you have any questions or need more information, please feel free to call or email me or other counsel. Thank you.

Sincerely,


/s/ John Balazs
John Balazs
Attorney for Defendant
Edward Fuentes, Jr.


cc: Counsel for defendants in *U.S. v. Diaz*, No. 07-248-WBS (via ECF)