JOHN BALAZS, Bar #157287
Attorney At Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
EDWARD FUENTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S 07-248-WBS |
| Plaintiff, | ) | |
| v. | ) | DEFENDANT'S NOTICE AND REQUEST TO SEAL DEFENDANTS' EXHIBIT W (DECLARATION OF JERRY LEE TUTER) AND ~~PROPOSED~~ ORDER |
| MARIO DIAZ, et. al., | ) | |
| Defendants. | ) | Hearing: Date:  July 19, 2010 Time:  10:00 a.m. Hon. William B. Shubb |

Pursuant to Local Rule 141, defendant Edward Fuentes, through counsel, hereby applies for an order to seal defendants' Exhibit W in support of the joint defendants' motions to dismiss and to suppress wiretap intercepts.  This application is made because Exhibit W contains the names and identifying information of one or more government confidential informants.  A copy of Exhibit W is being provided to the parties today pursuant to Local Rule 141(b).

Exhibit W is a 2-page declaration of Jerry Lee Tuter dated July 6, 2010.  In his declaration, Tuter describes witnessing an attempted murder of a Mario Diaz, out of Woodland, by CW-1 and his Norteno gang members in March 2006.  (This is not the same

Mario Diaz as the defendant with the same name in this case).  Tuter also reports that CW-1 ordered "hits" on Robert Barone in April 2006 and on Rudy Tafoya in July 2006. Finally, Tuter confirms that CW-1's drug dealing while an informant included CW-1's methamphetamine trafficking with Tuter through Tuter's girlfriend when Tuter was incarcerated at the Yolo County jail between April 28, 2006 and December 5, 2006.

Dated:  July 9, 2010

Respectfully submitted,

/s/ John Balazs
JOHN BALAZS

Attorneys for Defendant
EDWARD FUENTES

1

ORDER

2      For the reasons stated in the application set forth above, the Court hereby orders

3 defendants' Exhibit W in support of their motions to dismiss and to suppress wiretap

4 intercepts is hereby ordered sealed until further order of the Court.

5      Dated:  July 14, 2010

6

7                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28