1  JOHN BALAZS, Bar #157287
   Attorney At Law
2  916 2nd Street, Suite F
   Sacramento, California 95814
3  Telephone: (916) 447-9299
   John@Balazslaw.com
4
   Attorney for Defendant
5  EDWARD FUENTES

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,        )  No. CR-S 07-248-WBS
                                     )
13              Plaintiff,           )
                                     )  DEFENDANT'S NOTICE AND
14     v.                            )  REQUEST TO SEAL DEFENDANTS'
                                     )  EXHIBIT W (DECLARATION OF
15                                   )  JERRY LEE TUTER) AND ~~PROPOSED~~
    MARIO DIAZ, et. al.,             )  ORDER
16                                   )
                                     )  Hearing:
17                                   )  Date:  July 19, 2010
                Defendants.          )  Time:  10:00 a.m.
18  _____  )  Hon. William B. Shubb

19

20        Pursuant to Local Rule 141, defendant Edward Fuentes, through counsel, hereby

21  applies for an order to seal defendants' Exhibit W in support of the joint defendants'

22  motions to dismiss and to suppress wiretap intercepts.  This application is made because

23  Exhibit W contains the names and identifying information of one or more government

24  confidential informants.  A copy of Exhibit W is being provided to the parties today

25  pursuant to Local Rule 141(b).

26        Exhibit W is a 2-page declaration of Jerry Lee Tuter dated July 6, 2010.  In his

27  declaration, Tuter describes witnessing an attempted murder of a Mario Diaz, out of

28  Woodland, by CW-1 and his Norteno gang members in March 2006.  (This is not the same

1  Mario Diaz as the defendant with the same name in this case).  Tuter also reports that CW-

2  1 ordered "hits" on Robert Barone in April 2006 and on Rudy Tafoya in July 2006.

3  Finally, Tuter confirms that CW-1's drug dealing while an informant included CW-1's

4  methamphetamine trafficking with Tuter through Tuter's girlfriend when Tuter was

5  incarcerated at the Yolo County jail between April 28, 2006 and December 5, 2006.

6         Dated:  July 9, 2010

7                                        Respectfully submitted,

8

9                                        /s/ John Balazs
                                         JOHN BALAZS
10
                                         Attorneys for Defendant
11                                       EDWARD FUENTES

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

## ORDER

2      For the reasons stated in the application set forth above, the Court hereby orders

3  defendants' Exhibit W in support of their motions to dismiss and to suppress wiretap

4  intercepts is hereby ordered sealed until further order of the Court.

5      Dated:  July 14, 2010

6

7                                          WILLIAM B. SHUBB
                                           UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28