1 BENJAMIN B. WAGNER
United States Attorney
2 JASON HITT
WILLIAM S. WONG
3 Assistant U.S. Attorneys
501 I Street, Suite 10-100
4 Sacramento, California 95814
Telephone: (916) 554-2751

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )  Case No. CR-S-07-0248 WBS
                                  )
12          Plaintiff,            )   STIPULATION AND [PROPOSED] ORDER
                                  )     CONTINUING SENTENCING OF
13      v.                        )      DEFENDANT MARIO DIAZ
                                  )
14 MARIO DIAZ, et al.,            )
                                  )
15          Defendants.           )
                                  )
16                                )
_____)
17

18      Plaintiff, United States of America, by and through its

19 counsel, Assistant United States Attorneys Jason Hitt and William S.

20 Wong, and defendant Mario DIAZ, by and through his counsel, Chris

21 Haydn-Myer, Esq., hereby stipulate and agree that the currently-set

22 judgment and sentencing date of March 14, 2011, at 8:30 a.m. should

23 be continued to October 31, 2011, at 8:30 a.m.

24 DATED: March 11, 2011              /s/Jason Hitt
                                      JASON HITT
25                                    Assistant U.S. Attorney

26 DATED: March 11, 2011              /s/Jason Hitt
                                      Authorized by Mr. Haydn-Myer to
27                                    sign on 03/11/11
                                      CHRIS HAYDN-MYER, ESQ.
28                                    Counsel for Mario DIAZ

**ORDER**

   Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the judgement and sentencing date of March 14, 2011, for defendant Mario DIAZ is CONTINUED to October 31, 2011, at 8:30 a.m.


   **IT IS SO ORDERED.**

DATED: March 15, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE