1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

      Plaintiff,               CR. NO. 2:07-0248 WBS

vs.

MARIO DIAZ, et al.,

      Defendant.
_____/

UNITED STATES OF AMERICA,

      Plaintiff,              CR. NO. 2:11-0119 LKK

vs.

ROBERT HANRAHAN, aka "Bubba,"
JUAN GALLEGOS, aka "Wino,"
CAROLYN HUERTA, JORGE SANDOVAL,
aka "G," DANNY PEREDA, aka
"T-Mighty," and REBECCA GUZMAN,
aka "LG,",

      Defendants.
_____/

----oo0oo----

       Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) because both cases involve the same wiretaps, which the

undersigned authorized.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated United States v. Diaz, et al., Cr. No. 2:07-0248 WBS and and United States v. Hanrahan, et al., Cr. No. 2:11-0119 LKK, and the same hereby are, deemed related and the case denominated United States v. Hanrahan, et al., Cr. No. 2:11-0119 LKK, shall be reassigned to the Honorable WILLIAM B. SHUBB for all further proceedings.  Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as United States v. Hanrahan, et al., Cr. No. 2:11-0119 WBS.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriated adjustment in the assignment of civil cases to compensate for this reassignment.

DATED:  March 25, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2