IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 2:07-cr-0248 WBS |
| Plaintiff, | ) | |
| | ) | ORDER SEALING EXHIBIT A TO |
| v | ) | GOVERNMENT'S SUPPLEMENTAL |
| | ) | SENTENCING MEMORANDUM FOR |
| LARRY AMARO, et al., | ) | DEFENDANT LARRY AMARO |
| | ) | |
| Defendants. | ) | |
| | ) | |

O R D E R

Pursuant to Local Rule 141(b) and based upon the Government's unopposed Request to Seal, **IT IS HEREBY ORDERED** that Exhibit A to the Government's Supplemental Sentencing Memorandum for Defendant Larry AMARO in this case shall be **SEALED** until further order of this Court.

**IT IS SO ORDERED.**

DATED: May 10, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE