LAW OFFICE OF CHRISTOPHER HAYDN-MYER
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
MARIO DIAZ, JR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARIO DIAZ, JR., <br><br> Defendant. | Case No.: Cr.07-248-WBS <br><br> APPLICATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING TO JANUARY 13, 2014 <br><br> Hon. William B. Shubb |

This matter is before the Court on October 7, 2013 at 9:30 a.m., for sentencing.  Counsel for the defense is requesting a continuance to January 13th, 2014, at 9:30 a.m. to prepare for sentencing.  Government counsel, Jason Hitt, and United States Probation Officer Dayna Ward are not opposing this request.

Good cause appearing,

**IT IS ORDERED** that this matter is to be continued from October 7th, 2013 at 9:30 a.m., to January 13, 2014 at 9:30 a.m. for Judgment and Sentencing.

Dated:  October 4, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -