LAW OFFICE OF CHRISTOPHER HAYDN-MYER
CHRISTOPHER HAYDN-MYER, CA BAR NO. 176333
1478 Stone Point Drive, Suite 400
Roseville, California 95661
Telephone: (916) 622-1703
Facsimile: (916) 760-2767
Email: chrishaydn@sbcglobal.net

Attorney for Defendant
MARIO DIAZ, JR.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: Cr.07-248-01 WBS |
| | ) |
| Plaintiff, | ) APPLICATION AND [~~PROPOSED~~] |
| | ) ORDER TO CONTINUE SENTENCING TO |
| vs. | ) APRIL 21, 2014 |
| | ) |
| MARIO DIAZ, JR., | ) |
| | ) Hon. William B. Shubb |
| Defendant. | ) |
| | ) |

This matter is before the Court on January 13, 2014 at 9:30 a.m., for sentencing.  Counsel for the defense is requesting a continuance to April 21, 2014, at 9:30 a.m. to prepare for sentencing.  Government counsel, Jason Hitt, and United States Probation Officer Dayna Ward are not opposing this request.

Good cause appearing,

**IT IS ORDERED** that this matter is to be continued from January 13th, 2014 at 9:30 a.m., to April 21, 2014 at 9:30 a.m. for Judgment and Sentencing.

///
///
///

- 1 -

Dated:   January 9, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE