UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | No. 2-07-cr-0248 WBS |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| MARIO DIAZ, et al., | |
| Defendants. | |

----oo0oo----

The court has received a motion (Docket No. 1334) filed by an attorney who is not counsel of record in this case, on behalf of a defendant who is not a party to this case. The motion is therefore DENIED without prejudice for lack of standing.

Dated: February 26, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1